Eliot R. Samulon, SBN: 67401
**POTTER, COHEN, SAMULON & PADILLA**
3852 E. Colorado Blvd.
Pasadena, CA 91107
Telephone: (626) 795-0681
Facsimile:  (626) 795-0725
E-mail: esamulon@pottercohenlaw.com

Attorney for Plaintiff SONIA MAURA CANO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SONIA MAURA CANO,<br><br>           Plaintiff,<br>      vs.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>           Defendant | Case No.: 2:19-cv-08422-MAA<br><br>**ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES, COSTS AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d)** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

**IT IS ORDERED** that the Commissioner shall pay the amount of $1,149.00 (One Thousand One Hundred Forty-Nine Dollars and No Cents) for fees, and costs in the amount of $400.00 (Four Hundred Dollars) as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATE: 05/22/20

_____
HONORABLE JUDGE MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE